MICHIGAN TRUST CO. *v.* LIBBY.

MORTGAGE FORECLOSURE—REDEMPTION—CONSTRUCTION OF STAT-
UTE.

Act No. 200, Pub. Acts 1899, giving a right of redemption from
chancery foreclosure sales, does not apply to a sale under a
decree entered before the act went into effect.

Appeal from Newaygo; Palmer, J.   Submitted March
8, 1901.   Decided June 4, 1901.

Bill by the Michigan Trust Company against Charles
H. Libby and others to foreclose a mortgage.   Complain-
ant appeals from an order granting the petition of defend-
ant Libby for leave to redeem.   Reversed.

*George Hollway*, for petitioner.

*Butterfield & Keeney* and *Carroll, Turner & Kirwin*,
for complainant.

HOOKER, J.   On January 19, 1899, the complainant
filed a bill to foreclose a mortgage given by Lyman T.
Kinney, deceased.   On October 2, 1899, a decree author-
izing a sale of the premises at any time after January 20,
1900, was made.   No appeal was taken, and the decree
was duly enrolled.   The premises were sold under the
decree on March 10, 1900, and this sale was confirmed in
the usual way, an order *nisi* being duly entered upon
that day.   No cause was shown against the order, nor
was any appeal taken from such order.   On May 15,
1900, Charles H. Libby, one of the defendants, filed a
petition in the cause, praying the court to vacate and set
aside the decree and sale and the deed, and to allow him
and the other defendants to redeem from the sale, under
the provisions of Act No. 200 of the Public Acts of 1899,
which became operative after the decree was made.

The case is ruled by *Lachman* v. *Ottawa Circuit Judge*, 125 Mich. 27 (83 N. W. 1025), in which it was held that Act No. 200 of the Laws of 1899 has no application to a case where a decree, from which no appeal was taken, was rendered before the act took effect.

The order of the circuit judge is reversed, and petitioner's petition is dismissed, with costs of both courts.

The other Justices concurred.